[No. 18077. Department One. December 7, 1923.]

MARGUERITE WAINWRIGHT, *Respondent*, v. J. W. LANGELAAR *et al.*, *Appellants*.[1]

DAMAGES (65)—MEASURE OF DAMAGES—BREACH OF CONTRACT—PROVISIONS OF CONTRACT. In an action to recover damages for breach of a contract to build a fireplace, guaranteed not to smoke, the damages should not exceed the contract price.

Appeal from a judgment of the superior court for King county, Brinker, J., entered December 23, 1922, upon findings in favor of the plaintiff, in an action on contract, tried to the court. Modified.

*Longfellow & Fitzpatrick,* for appellants.

PER CURIAM.—In this action for damages for breach of a contract to build a fireplace and chimney, respondent recovered a judgment for $530. The respondent's claim is that the appellant guaranteed that the fireplace would not smoke. The trial court found that such a guarantee had been made, and our examination of the facts does not warrant us in saying that they preponderate against that finding.

[1]Reported in 220 Pac. 1119.

The trial court, however, was in error in awarding judgment in the amount it did, for the judgment should not have exceeded the contract price of $150, and is modified to that amount.